# UNITED STATES DISTRICT COURT
## Middle District of Tennessee

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| --- | --- |
| v. | (For a Petty Offense) |
| Chandler Welling | Case No. 21-mj-2810 |
| | USM No. TM12 9027226, NP008195, NP008196 |
| | Mark Freeman |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded  ☐ guilty  ☐ nolo contendere to count(s) _____

☒ **THE DEFENDANT** was found guilty on count(s)  the lesser offense of Careless Driving on Count 1, Count 3

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| TCA55-10-205 | Reckless Driving | | 1 |
| 36 CRF 2.31 (a)(3) | Defacing/Damaging Property (Road) | | 2 |
| TCA55-10-205(a) | Reckless Driving | | 3 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment.

☒ **THE DEFENDANT** was found not guilty on count(s)  2

☐ Count(s) _____ ☐ is ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  7210

Defendant's Year of Birth:  1991

City and State of Defendant's Residence:
Franklin, Tennessee

6/9/2021
Date of Imposition of Judgment

_/s/ Jeffery S. Frensley_
Signature of Judge

Jeffery S. Frensley, United States Magistrate Judge
Name and Title of Judge

06/09/2021
Date

DEFENDANT: Chandler Welling
CASE NUMBER: 21-mj-2810

Judgment—Page 2 of 3

## PROBATION

You are hereby sentenced to probation for a term of:
Count 1: 6 months suspended sentence Probation, 80 hours of community service and a fine of $1,000.
Count 3: 6 months suspended sentence Probation, 80 hours of community service and a fine of $500.
These counts will be served concurrently. The total due is $1540. ~~$1540~~
$1580.00 ⁿʷ

## MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
   ☒ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7. ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8. You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9. If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.